[No. 54192-7-I. Division One. November 21, 2005.]

RICHARD J. KLEIN ET AL., *Appellants*, v. ESTATE OF JOHN R. KLEIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-09757-6, Charles S. French, J., entered April 20, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Cook, J. Pro Tem.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.

[No. 54390-3-I. Division One. November 21, 2005.]

*In the Matter of the Marriage of* AMANDA E. NEILSON, *Appellant*, and PHILIP S. NEILSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-00998-4, Joan E. DeBuque, J., entered June 10, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Ellington, JJ.

[No. 54589-2-I. Division One. November 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY RAY RIENTJES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04569-8, Cheryl B. Carey, J., entered June 18, 2004. *Reversed* by unpublished opinion per Appelwick, A.C.J., concurred in by Grosse and Baker, JJ.

[No. 54680-5-I. Division One. November 21, 2005.]

FRONTIER AIRPARK ASSOCIATION, *Respondent*, v. DUANE WILCOXON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-02065-8, Richard J. Thorpe, J., entered July 6, 2004. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.